NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT P. KASER, | ) | No. C 05-2458 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| vs. | ) | MOTION TO PROCEED IN FORMA |
| | ) | PAUPERIS ON APPEAL |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | (Docket No. 32) |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2008, the Court denied the petition on the merits and entered judgment. On March 14, 2008, Petitioner filed a notice of appeal. On April 4, 2008, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. The Court concludes that Petitioner has shown sufficient poverty to proceed in forma pauperis on appeal. Petitioner's motion to proceed in forma pauperis on appeal (docket no. 32) is GRANTED. The Court will refer the assessment of the initial filing fee to the Court of Appeals pursuant to 28 U.S.C. § 1915(b)(1). The Clerk shall send a copy of this order to the Court of Appeals.

IT IS SO ORDERED.

DATED: 4/18/08

JEREMY FOGEL
United States District Judge