1

2

3

4

5

6

7

8                                NOT FOR CITATION

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

ROBERT KASER,                           )        No. C 05-02458 JF (PR)
12                                       )
              Petitioner,                )        ORDER DENYING CERTIFICATE OF
13                                       )        APPEALABILITY
    vs.                                  )
14                                       )
STATE OF CALIFORNIA, et al.,             )
15                                       )
              Respondent.                )
16                                       )
                                         )
17   _____ )

18         Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254, challenging the California Board of Prison Terms'

20   decision denying parole.  On March 6, 2008, the Court denied the instant petition on the

21   merits and entered judgment in favor of Respondent.  Petitioner filed a notice of appeal

22   and the matter was forwarded to the United States Court of Appeals for the Ninth Circuit.

23         On July 15, 2010, the Ninth Circuit remanded this case for the limited purpose of

24   granting or denying a certificate of appealability.  See Hayward v. Marshall, No. 06-

25   55392, 2010 WL 1664977, at *5 (9th Cir. Apr. 22, 2010) (en banc) (overruling those

26   portions of White v. Lambert, 370 F.3d 1002, 1004 (9th Cir. 2004), and Rosas v. Nielsen,

27   428 F.3d 1229, 1231-32 (9th Cir. 2005) (per curiam), that relieved a prisoner from

28   obtaining a certificate of appealability to review the denial of a habeas petition

Order Denying COA
P:\PRO-SE\SJ.JF\HC.05\Kaser02458_coaden.wpd               1

1    challenging an administrative decision denying parole).

2        "Where a district court has rejected the constitutional claims on the merits, the

3 showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate

4 that reasonable jurists would find the district court's assessment of the constitutional

5 claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  The Court

6 denied the instant habeas petition after careful consideration of the merits.  The Court

7 found no violation of Petitioner's federal constitutional rights in the administrative

8 decision denying parole.  Petitioner has failed to demonstrate that jurists of reason would

9 find it debatable whether this Court was correct in its ruling.  Accordingly, a certificate of

10 appealability is DENIED.

11        The clerk shall close the case and forward this order to the Ninth Circuit from

12 which Petitioner may also seek a certificate of appealability.  See United States v. Asrar,

13 116 F.3d 1268, 1270 (9th Cir. 1997).

14        IT IS SO ORDERED.

15 DATED:___7/19/10_____     _____

                                  JEREMY FOGEL

16                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ROBERT KASER,

                Petitioner,

   v.

STATE OF CALIFORNIA, et al.,

                Respondent.

_____ /

Case Number: CV05-02458 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/26/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Robert P. Kaser D-41415
San Quentin State Prison
San Quentin, CA 94974


Dated:   7/26/10

                      Richard W. Wieking, Clerk